

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Roy Suoauth
(Please print)

**STREET ADDRESS:** Post Office Box 55612

**CITY/STATE/ZIP:** Washington, D.C. 20040-5612

**PHONE NUMBER:** (434) 653-4104

**CASE NUMBER:** 08CV 4227
JUDGE KENDALL
MAGISTRATE JUDGE COLE

_Roy Huddleth_   _July 24, 2008_
Signature        Date

FILED
JUL 2 5 2008 NF
Jul 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT